**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| BLUE WATER BALTIMORE, INC.,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MAYOR & CITY COUNCIL OF  )<br>BALTIMORE,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 21-cv-03176-LKG<br><br>Dated: May 10, 2022 |

## **ORDER**

The parties shall participate in a telephonic pre-motion conference on **Wednesday, May 25, 2022, at 10:30 a.m. Eastern Time**.

The telephonic pre-motion conference will be held *via* AT&T Teleconferencing. The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

    For Plaintiff:    **Martin R. Siegel , Croce**
                              Barley Snyder
                              100 East Market Street
                              York, PA 17401
                              717-718-7587
                              Email: msiegel@barley.com

|  |  |
|---|---|
| For Defendant: | **Mary Rosewin Sweeney**<br>3713 Beech Avenue<br>Baltimore, MD 21211<br>443-690-7814<br>Email: rosewin@aqualaw.com |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge