# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BLUE WATER BALTIMORE, INC.** ) | CIVIL ACTION-LAW |
| ) | |
| Plaintiff, ) | |
| ) | No.: 1:21-cv-03176 |
| v. ) | |
| ) | Dated: |
| **MAYOR & CITY COUNCIL OF** ) | |
| **BALTIMORE** ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL ORDER

Pursuant to Blue Water Baltimore's Motion to Dismiss Complaint, the Motion is GRANTED and Blue Water Baltimore's Complaint is dismissed, with prejudice.

**IT IS SO ORDERED.**

LYDIA KAY GRIGGSBY
United States District Judge

11346120.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BLUE WATER BALTIMORE, INC.** | ) | |
| | ) | CIVIL ACTION-LAW |
| Plaintiff, | ) | |
| | ) | No.: 1:21-cv-03176 |
| v. | ) | |
| | ) | |
| **MAYOR & CITY COUNCIL OF BALTIMORE** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR VOLUNTARY DISMISSAL OF COMPLAINT

Plaintiff Blue Water Baltimore ("Blue Water") hereby requests that this Court dismiss its Complaint in this matter, with prejudice. Defendant Mayor and City Council of Baltimore ("City") concurs with this Motion. In support of this Motion, Blue Water avers as follows:

1. On December 15, 2021, Blue Water filed its Complaint in this matter.

2. On January 21, 2022, the Maryland Department of Environment filed a lawsuit in the Circuit Court of Baltimore City seeking relief under state law related to the conditions cited in Blue Water's Complaint in this federal action.

3. On April 8, 2022, the Circuit Court granted Blue Water's motion to intervene in that action.

4. On January 4, 2024, the Circuit Court entered a Consent Decree in that state court matter. A copy of the Consent Decree is attached as Exhibit 1.

5. Paragraph 211 of the Consent Decree requires that Blue Water dismiss with prejudice its federal action within 30 days of entry of the Consent Decree by the state court.

11346120.1

6. Pursuant to 33 U.S.C. § 1365 and 42 U.S.C. § 7604(c)(3), on December 6, 2023, Blue Water informed the United States Department of Justice ("DOJ") its intention to voluntarily dismiss its federal court action and provided it with a copy of the state court consent decree agreed to by the parties in that action. On December 12, 2023, a DOJ representative informed Blue Water that DOJ will not be undertaking a formal review of the state court consent decree.

7. A proposed order is attached.

          Respectfully submitted,

          /s/ *Angela M. Haren*
          Angela M. Haren (District of Maryland Bar No. 30257)
          Chesapeake Legal Alliance
          501 Sixth Street
          Annapolis, MD 21403
          Telephone: (410) 216-9441
          Fax: (410) 216-7077
          Email: angela@chesapeakelegal.org

          /s/ *Martin R, Siegel*
          Martin R. Siegel (District of Maryland Bar No. 22028)
          Barley Snyder, LLP
          100 East Market Street
          York, PA 17401
          Telephone: (717) 718-7581
          Fax: (717)843-8492
          Email: msiegel@barley.com

          *Attorneys for Plaintiff Blue Water Baltimore*

DATE: January 8, 2024

11346120.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2024, I electronically filed the foregoing Motion for Voluntary Dismissal of Complaint with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of records listed below:

Mary Rosewin Sweeney
3713 Beech Avenue
Baltimore, MD 21211
4436907814
Email: rosewin@aqualaw.com

Frank Paul Calamita , III
AquaLaw PLC
6 South 5th Street
Richmond, VA 23219
804-716-9021
Fax: 804-716-9022
Email: paul@aqualaw.com

                                                                */s/ Martin R, Siegel*
Martin R. Siegel (District of Maryland Bar No. 22028)
Barley Snyder, LLP
100 East Market Street
York, PA 17401
Telephone: (717) 718-7581
Fax: (717)843-8492
Email: msiegel@barley.com

11346120.1