# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BLUE WATER BALTIMORE, INC.** ) | CIVIL ACTION-LAW |
| Plaintiff, ) | |
| ) | No.: 1:21-cv-03176 |
| v. ) | |
| ) | Dated: February 7, 2024 |
| **MAYOR & CITY COUNCIL OF BALTIMORE** ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL ORDER

Pursuant to Blue Water Baltimore's Motion to Dismiss Complaint, the Motion is GRANTED and Blue Water Baltimore's Complaint is dismissed, with prejudice.

**IT IS SO ORDERED.**

Approved this 7th day of February, 2024.

/s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Court

LYDIA KAY GRIGGSBY
United States District Judge

11346120.1